**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JASON WHITE**, | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.:** |
| | | **1:14-CV-00325-WBH** |
| **v.** | * | |
| **VIEW POINT HEALTH,** | * | |
| **Defendant.** | * | |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

This lawsuit arises out of Plaintiff Jason White's claims that the Defendant View Point Health failed to pay him overtime for hours worked in excess of forty per week, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Sec. 201 et seq. Plaintiff estimated that he was due in excess of $24,000 for unpaid overtime allegedly earned from February 2011-February 2013. (Plaintiff's Initial Disclosures, Doc. No. 18). In addition, Plaintiff sought to recover liquidated damages in an amount equal to any award of unpaid overtime, and attorneys' fees. (Plaintiff's Complaint, Doc. No. 1).  No clear record existed of the hours White worked and, therefore, the amount of overtime worked was in dispute.

Defendant raised several defenses, including    Eleventh Amendment sovereign immunity, the Fair Labor Standards Act's statute of limitations, and that Plaintiff received comp time in lieu of payment for any overtime for which he was not paid. (Defendant's Initial Disclosures, Doc. No. 13).

The Parties recently reached an agreement to settle, in which the Defendant would pay: 1) $13,750 for alleged unpaid overtime; 2) $13,750 for alleged liquidated damages; and 3) $25,000 for attorneys' fees. A copy of the proposed Settlement Agreement and Release of Claims is attached to this motion as Exhibit "1". The Parties contend that this agreement reflects a reasonable compromise of all disputed issues and reflects a desire by all parties to end the litigation.

Before approving a FLSA settlement, a Court must review it to determine if it is "a fair and reasonable resolution of a bona fide dispute". Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Additionally, the "FLSA requires judicial review of the reasonableness of counsel's legal fees to assure both that counsel is compensated adequately, and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." Silva v. Miller, 307 Fed.Appx. 349, 351 (11th Cir. 20009) (per curiam).

The Parties contend that there are bona fide disputes in this case. In addition, Plaintiff is represented by an attorney experienced in FLSA litigation. The Parties

contend that the proposed settlement, with respect to all claims, including alleged unpaid overtime, liquidated damages, and attorneys' fees, is reasonable.

WHEREFORE, the Parties pray that the Court grant this Joint Motion for Approval of Settlement. After the Court approves this resolution, White will dismiss his claims with prejudice within two business days of receiving payment from Defendant

Respectfully submitted this 23th day of February, 2015.

**DELONG CALDWELL**
**BRIDGERS & FITZPATRICK, LLC**

/s/ Kevin D. Fitzpatrick, Jr.

Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

/s/ Charles R. Bridgers

Charles R. Bridgers
Georgia Bar No. 080791

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
Telephone: (404) 979-3150
Facsimile: (404) 979-3170
Email: kevin.fitzpatrick@dcbflegal.com
Email: charlesbridgers@dcbflegal.com

COUNSEL FOR PLAINTIFF

**OWEN, GLEATON, EGAN, JONES**
**& SWEENEY, LLP**

/s/ Charles J. Cole

Charles J. Cole
Georgia Bar No. 176704

/s/ H. Joseph Colette

H. Joseph Colette
Georgia Bar No. 170045

1180 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30309
Telephone: (404) 688-2600
Facsimile: (404) 525-4347
Email: cole@og-law.com
Email: jcolette@og-law.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(b)

Pursuant to Local Rule 7.1(d), I hereby certify that the foregoing JOINT

MOTION FOR APPROVAL OF SETTLEMENT was prepared in Times New

Roman, point 14, in compliance with Local Rule 5.1(b).

This 23[th] day of February, 2015.

**OWEN, GLEATON, EGAN, JONES
& SWEENEY, LLP**


/s/ Charles J. Cole
Charles J. Cole
Georgia Bar No. 176704

1180 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30309
Telephone: (404) 688-2600
Facsimile: (404) 525-4347
Email: cole@og-law.com


COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed: JOINT MOTION FOR APPROVAL OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: *Kevin D. Fitzpatrick, Jr. and Charles R. Bridgers*.

This 23rd day of February, 2015.

**OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

/s/ Charles J. Cole
Charles J. Cole
Georgia Bar No. 176704

1180 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30309
Telephone: (404) 688-2600
Facsimile: (404) 525-4347
Email: cole@og-law.com

COUNSEL FOR DEFENDANT