IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JASON WHITE<br>    Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:14-CV-0325-WBH |
| | : | |
| VIEW POINT HEALTH,<br>    Defendant. | : | |

## ORDER

Plaintiff and Defendant have filed a joint motion, [Doc. 33], seeking this Court's approval of the parties' settlements of this Fair Labor Standards Act case. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir.1982), this Court must scrutinize a proposed FLSA settlement to ensure that it is fair and reasonable. Having so scrutinized, this Court concludes that the settlement is fair and reasonable. Accordingly, the motion, [Doc. 33], is **GRANTED**, the settlement is **APPROVED**, and the instant action is **DISMISSED** with prejudice.

**IT IS SO ORDERED**, this 26 day of February, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)